**Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00263-CV
_____

**RON POUNDS, Appellant**

**V.**

**LIBERTY LLOYD OF TEXAS INSURANCE COMPANY, Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-53921

# O R D E R

Appellant's brief was due May 26, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 1, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM